**Order entered May 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01228-CR

**BRANDY MECHELLE HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-00510-X**

## ORDER

The Court **REINSTATES** the appeal.

On April 10, 2015, we denied appellant's second motion to extend time to file her brief and ordered the trial court to make findings. On May 12, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 10, 2015 order to the extent it requires findings.

We **GRANT** the May 12, 2015 motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      ADA BROWN
          JUSTICE